[No. 51734-1-I.   Division One.   November 24, 2003.]

LONGWOOD VILLAGE CONDOMINIUM OWNERS ASSOCIATION BOARD OF DIRECTORS, *Appellant*, v. AETNA CASUALTY & SURETY COMPANY OF ILLINOIS, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Snohomish County, No. 97-2-09722-1, George N. Bowden, J., entered November 21 and December, 31, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Schindler, J.

[No. 21451-6-III.   Division Three.   November 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH THEODORE MCNEIL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00195-9, Carolyn A. Brown, J., entered September 11, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21453-2-III.   Division Three.   November 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH THEODORE MCNEIL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00557-1, Carolyn A. Brown, J., entered September 11, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.